# Court of Appeals
# of the State of Georgia

ATLANTA,___October 09, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1450. IN THE INTEREST OF C. T., A CHILD.**

We granted the mother's application for discretionary review following the termination of parental rights in order to more thoroughly review the record and transcripts of the proceedings below. After thorough and plenary review, we have determined that no basis for reversal appears, and thus, the application for discretionary appeal was improvidently granted. Therefore, the order granting the application is hereby vacated and this appeal is accordingly dismissed.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*___10/09/2014____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*